UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITY OF ORLANDO POLICE
PENSION FUND,

    Plaintiff,

    v.

LAWRENCE E. PAGE, et al.,

    Defendants.
_____/

No. C 13-2038 PJH

**ORDER RE TEMPORARY STAY**

The court has approved the parties' stipulation to temporarily stay this action for 60 days, while the parties engage in private mediation. The parties also indicate that they "reserve the right to modify" the stipulation "depending on the progress of their discussions." While the court will be amenable to an extension of the stay if it will facilitate resolution of the case, it notes that, in the related case of In re Google, the parties filed repeated requests for extensions while there were motions still pending on the court's docket. See Case no. 11-4248, Dkts. 64, 68, 71. Thus, the court sets a final deadline of **August 1, 2014**, by which time the parties must either (1) advise the court that a settlement has been reached, or (2) terminate the motions pending on the court's docket. If the parties take no action by that date, the court will assume that the case is going forward and will issue orders on any pending motions.

    **IT IS SO ORDERED.**

Dated: March 12, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge