UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: GOOGLE, INC. SHAREHOLDER
DERIVATIVE LITIGATION
_____/ No. C 11-4248 PJH
No. C 13-2038 PJH

CITY OF ORLANDO POLICE **JUDGMENT**
PENSION FUND,

    Plaintiff,

    v.

LAWRENCE E. PAGE, et al.,

    Defendants.
_____/

    Plaintiffs, having moved for final approval of the settlement set forth in the Stipulation of Settlement, dated August 7, 2014, and the matter having come before the court on January 21, 2015, and the issues having been duly heard and the court having granted final approval of the derivative settlement and dismissal with prejudice,

    it is Ordered and Adjudged,

    that for the reasons stated in, and pursuant to the terms set forth in, the Court's Order Approving Derivative Settlement and Order of Dismissal with Prejudice dated January 21, 2015, Plaintiffs' Motion for Final Approval of Derivative Settlement is granted; accordingly, these cases, and all related cases, are closed. This judgment incorporates by reference the court's order preliminarily approving the derivative settlement, dated November 6, 2014.

**IT IS SO ORDERED.**

Dated: January 21, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge